IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

NICHOLAS ALEXANDER GOODMAN,

   Defendant.

Case No. 23-CR-00051-SEH

## OPINION AND ORDER

Before the Court is Defendant's motion to appoint counsel. [ECF No. 51].
Defendant requests appointment of counsel for assistance regarding his
motion for relief under 28 U.S.C. § 2255 because "he is indigent and the
issues raised in his Section 2255 Petition are novel, highly complex, and
require the expertise and resources of appointed counsel for effective
litigation." [*Id.* at 1]. The Court notes that, "[t]here is no constitutional right
to counsel beyond the direct appeal of a criminal conviction." *United States v.
Brown*, 556 F.3d 1108, 1113 (10th Cir. 2009) (quoting Coronado v. Ward, 517
F.3d 1212, 1218 (10th Cir. 2008)); *see also United States v. Little*, No. 14-195-
KG, 2020 WL 2736944, at 1–2 (D.N.M. May 26, 2020) (denying motion for
appointed counsel of defendant seeking compassionate release). The Court
has also reviewed Defendant's § 2255 motion and finds that the matters

raised are not so complex or otherwise demanding that it would justify the appointment of counsel.

IT IS THEREFORE ORDERED that the Defendant's motion for appointment of counsel [ECF No. 51] is DENIED.

DATED this 5th day of May, 2026.

Sara E. Hill
UNITED STATES DISTRICT JUDGE